**Order entered February 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01436-CV

## HYACINTH ANYANYA, Appellant

## V.

## SHOPRIPER MOBILITY PRODUCTS, INC., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05000-C**

## ORDER

The reporter's record is overdue in this appeal. Accordingly, the Court **ORDERS** Janet Wright, official court reporter of the County Court at Law No. 3, to file, within **THIRTY DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or paid for the record. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Janet Wright, official court reporter of the County Court at Law No. 3, and to counsel for appellee.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, to appellant.

/s/    DAVID LEWIS
        JUSTICE